# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>IVAN ANTHONY EVANS<br><br>*Defendant(s)* | Case No. 1:26-MJ-27<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 23, 2026** in the city/county of **Arlington** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code, Sections 846 and 841(a)(1) and (b)(1)(A)(ii) | Attempted Possession of Five (5) Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.
  Reviewed by AUSA/SAUSA

AUSA James L. Trump
*Printed name and title*

*Complainant's signature* (Jacqueline Abadir)

DEA Special Agent Jacqueline Abadir
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 1/23/2026

City and state: Alexandria, Virginia

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2026.01.23 16:30:23 -05'00'
*Judge's signature*

The Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*