IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.   Case No.:   1:26-mj-27

IVOR EVANS.

## MOTION TO REVOKE MAGISTRATE ORDER OF DETENTION
## AND INCORPORATED MEMORANDUM IN SUPPORT

Comes now, the defendant IVOR EVANS, by and through counsel and files this memorandum in support of his motion to revoke magistrate order of detention. In support of which, counsel states the following:

**I. Relevant Procedural History**

Mr. Evans was arrested on January 23, 2026, on a criminal complaint charging him with attempted possession of 5 kilograms or more of cocaine. He appeared for his initial appearance on January 28, 2026. A probable cause and detention hearing was held on January 30, 2026. At the conclusion of both, the magistrate found probable cause and ordered Mr. Evans detained.

Mr. Evans now files this request for the setting of conditions of release.

**II.   ARGUMENT**

Mr. Evans adopts and incorporates by reference his Memorandum in Opposition to Detention filed on January 30, 2026. (Dkt. 12). In further consideration, counsel respectfully submits the following:

1

1. <u>Mr. Evans' History and Characteristics Weigh Heavily in Support of Setting Conditions of Release.</u>

It is beyond dispute that Mr. Evans history and characteristic weigh in favor of release. He has no prior criminal history. His contacts to the Washington, DC metropolitan area are substantial. He was born and raised in the area. Exclusive of a brief period of time in which he resided in Miami, Florida, Mr. Evans has spent his entire adult life in this area. In addition, he is the father of three minor children. All of whom reside in this area. At the time of his arrest, he was gainfully employed and maintained a stable local residence. The letters of support filed in connection with the Opposition to Detention Memorandum (Dkt. 12) further indicate that he is not a risk of flight.

Although Mr. Evans is entitled to a *de novo* consideration of the government's request for detention it is notable that the magistrate found that he has substantial contacts to the area and did not pose a flight risk.

2. <u>Mr. Evans is Not a Danger to the Community</u>.

In granting the government's request for pretrial detention the magistrate found by clear and convincing evidence that Mr. Evans posed a danger to the community. In doing so, the magistrate cited evidence adduced at the detention hearing concerning his unexplained wealth, evidence of large-scale narcotic trafficking, and firearm possession. Although such evidence may weigh in favor of detention even if credited it is not the lone factor that must be considered. Further, Mr. Evans respectfully disagrees with any suggests that the evidence presented before the magistrate was "overwhelming."

A review of the affidavit in support of the criminal complaint reveals, in a light most favorable to the government, Mr. Evan's allegedly participated in a single narcotic transaction. And although there was evidence that Mr. Evans may have engaged in discussions concerning other controlled substances the only substance found in his possession was a quantity of Methylenedioxymethamphetamine-(MDMA) pills. In reaching his conclusion, the magistrate erroneously cited fentanyl. There was no evidence adduced that Mr. Evans ever participated in the distribution of fentanyl.

3. <u>The Proffered Conditions of Release Would Negate Any Threat to the Community</u>

Mr. Evans is not a danger to the community. The Bail Reform Act does not require that the defendant disprove any risk. The issue is whether there are any combination of conditions that would satisfy this Honorable Court that he does not represent an unreasonable risk. The conditions proposed by the United States Pretrial Services are more than adequate to address any concerns.

**III.   Conclusion**

For the reasons stated herein and those that may become evidence at any hearing, Mr. Evans respectfully requests that this Honorable Court enter an order setting conditions of release.

I ASK FOR THIS:

    By counsel

    _____/s/_____
    Robert L. Jenkins, Jr., Esq.
    Bynum & Jenkins Law
    Virginia State Bar No.: 39161
    1010 Cameron Street
    Alexandria, Virginia
    (703) 309 0899 Telephone
    (703) 549 7701 Fax
    RJenkins@BynumAndJenkinsLaw.com

Counsel for IVOR EVANS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this February 3, 2026.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
Virginia State Bar No.: 39161
1010 Cameron Street
Alexandria, Virginia
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for IVOR EVANS

4